## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA    :

           -vs-    :

               :    NO. 3:CR-19- *178*

WILLIAM BARRATT,    :
            Defendant    :

FILED
SCRANTON

JUN 04 2019

PER _____
DEPUTY CLERK

### INDICTMENT

THE GRAND JURY CHARGES:

### COUNT 1

From in or about April 2018 to on or about March 5, 2019, in Luzerne County, in the Middle District of Pennsylvania, the defendant,

## WILLIAM BARRATT,

did, using a means and facility of interstate and foreign commerce, willfully and knowingly receive visual depictions of minors engaged in sexually explicit conduct that were mailed, shipped and transported, and which contained materials that were mailed, shipped and transported, in interstate and foreign commerce, and in and affecting interstate and foreign commerce, by means of computer and cell phone, and the production of such visual depictions involved the use of a minor engaging in sexually explicit conduct.

In violation of Title 18, United States Code, Section 2252(a)(2).

THE GRAND JURY FURTHER CHARGES:

### COUNT 2

From in or about April 2018 to on or about March 5, 2019, in Luzerne County, in the Middle District of Pennsylvania, the defendant,

**WILLIAM BARRATT,**

did, knowingly possess, and access with intent to view, one or more matters which contained any visual depiction that had been shipped and transported using any means and facility of interstate and foreign commerce, including by computer or cell phone, and the production of such visual depiction involved the use of a minor, including a prepubescent minor and a minor who had not attained 12 years of age, engaging in sexually explicit conduct, and the visual depiction is of such conduct.

In violation of Title 18, United States Code, Section 2252(a)(4)(B)

and (b)(2).

**A TRUE BILL**



DAVID J. FREED
United States Attorney

By:

FRANCIS P. SEMPA
Assistant U.S. Attorney

Date: 6-4-19